## Associated East Mortgage Company *v.* Chestnut Parkway Realty Company, Inc., Appellant.

Argued December 5, 1974. *Michael A. Paul,* with him *Jack Brian,* and *Richard, Brian, DiSanti & Hamilton,* for appellant; *James C. Buckley,* with him *Gibbons, Buckley & Smith,* for appellee.

Order affirmed.

VAN DER VOORT, J., absent.

## Borges, et al. *v.* Greyhound Lines, Inc. (et al., Appellant) et al.

Argued December 6, 1974. *T. Kepler,* with him *John F. Naulty,* for appellant; *John F. Dougherty, Jr.,* with him *Dougherty & Katevatis,* for appellees.

OPINION PER CURIAM: Order dismissing appellant's preliminary objections reversed, and record remanded for the taking of depositions.

VAN DER VOORT, J., absent.